**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tawanna STEWART, Defendant–Appellant.**

No. 07–10019

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 23, 2007.

Scott Chandler Huggins, Adams, Hemingway & Wilson, LLP, Macon, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before ANDERSON, BARKETT and PRYOR, Circuit Judges.

**PER CURIAM:**

Scott C. Huggins, appointed counsel for Tawanna Stewart in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Stewart's supervised release and accompanying sentence are **AFFIRMED.**